FABIÁN, PETITIONER, *v.* CUEVAS ZEQUEIRA ET AL., RESPONDENTS.

PETITION for an Injunction in an Action for Divorce.

No. 14.—Decided July 15, 1915.

Decided on the grounds of the opinion in *certiorari* proceeding No. 149, *Fabián v. Rossy, District Judge et al., ante.*

*Messrs. Bosch & Soto,* for the petitioner.
*Messrs. Llorens & Canales* for Josefina Finlay.
*Hon. Rafael Cuevas Zequeira,* District Judge, did not appear.

*Petition sustained.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.